UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -                                             No. 21 Civ. 8211 (PGG)

CANAFARMA HEMP PRODUCTS CORP., VITALY
FARGESEN, and IGOR PALATNIK,

        Defendants,

------------------------------------- x

        WHEREAS, on December 20, 2021, the Government submitted a motion seeking to intervene in this action and seeking a stay of this action, in light of the pendency of the parallel criminal action *United States v. Vitaly Fargesen*, et al., 21 Cr. 602 (LAP) (the "Criminal Action"), in which an indictment has been returned; and

        WHEREAS, defendants Vitaly Fargesen and Igor Palatnik consent to a stay; and

        WHEREAS, defendant CanaFarma Hemp Product Corp. has not caused counsel to appear on its behalf; and

        WHEREAS, the Securities and Exchange Commission (the "SEC") does not oppose the stay requested by the Government; and

        WHEREAS, the Court finds that the stay requested by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

        **ORDERED** that the Government's motion to intervene is GRANTED;

**IT IS FURTHER ORDERED that:**

1. Proceedings in this action are stayed in their entirety during the pendency of the Criminal Action, without prejudice to an application by any party for a partial lifting of the stay based on subsequent developments in the Criminal Case.

 .

SO ORDERED:

_____  December 28, 2021
HONORABLE PAUL G. GARDEPHE          _____
UNITED STATES DISTRICT JUDGE        DATE