UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

- against -

CANAFARMA HEMP PRODUCTS CORP., VITALY FARGESEN, IGOR PALATNIK, FRANK BARONE, and KIRILL CHUMENKO,

              Defendants.

**ORDER**

21 Civ. 8211 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court, Jeffrey Lichtman and Jeffrey Einhorn's joint motion to withdraw as co-counsel for Defendant Vitaly Fargesen is granted. The Clerk of Court is directed to remove Jeffrey Lichtman and Jeffrey Einhorn as counsel of record for Defendant Fargesen.

      Defendant Fargesen shall proceed pro se from this point forward.

Dated: New York, New York
       December 21, 2023

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge