

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 21, 2024

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *SEC v. CanaFarma Hemp Products Corp., et al.,* 21 Civ. 8211 (PGG)

Dear Judge Gardephe:

Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") and Defendant Vitaly Fargesen ("Fargesen") respectfully submit this joint letter to update the Court on their progress in resolving the remaining issues in this case as to Fargesen.

On August 7, 2024, the SEC staff received a signed consent from Fargesen reflecting his agreement to settlement terms that would resolve the remaining issues in the case concerning him. The SEC staff is now seeking the Commission's approval of the settlement, a process which typically takes several weeks. If such settlement is approved by the Commission, the SEC will submit a proposed final judgment to the Court for its consideration.

Accordingly, the parties respectfully request that the Court set a deadline of September 23, 2024 for a further status update.

Respectfully submitted,

*/s/ Russell J. Feldman*
Russell J. Feldman
Trial Attorney

Enclosure

cc:   All counsel of record (by ECF)
      Defendant Vitaly Fargesen (by email)