UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

            v.

CANAFARMA HEMP PRODUCTS CORP.,
VITALY FARGESEN, IGOR PALATNIK, FRANK
BARONE, and KIRILL CHUMENKO,

                        Defendants.

21 Civ. 8211 (PGG)

---

**PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S NOTICE OF DISMISSAL
AS TO DEFENDANT CANAFARMA HEMP PRODUCTS CORP.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission (the "SEC") hereby provides notice of its dismissal, with prejudice, of its Complaint as to Defendant CanaFarma Hemp Products Corp. This notice shall have no effect whatsoever on the SEC's Complaint and claims against the other Defendants in this action.

Dated: November 13, 2024
       New York, New York

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Russell J. Feldman

Russell J. Feldman
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
(212) 336-9144
FeldmanR@sec.gov